THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN F. HERNANDEZ, Appellant.

*Crimes — grand larceny in first degree — judgment of conviction affirmed.*

*People* v. *Hernandez*, 210 App. Div. 842, affirmed.

(Argued February 25, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 17, 1924, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Imre M. Schwarz* for appellant.

*Joab H. Banton,* District Attorney (*Felix C. Benvenga* and *Charles Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.